■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL BRANDON, Appellant. [737 NYS2d 569] —Appeal from a judgment of Orleans County Court (Punch, J.), entered April 19, 2000, convicting defendant after a jury trial of, inter alia, arson in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant's contention that County Court erred in failing to charge an alibi defense is not preserved for our review (*see, People v Spruill*, 103 AD2d 785, *lv denied* 63 NY2d 712). Upon our review of the record, we conclude that defendant received effective assistance of counsel (*see, People v Baldi*, 54 NY2d 137, 147). Present—Wisner, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.